# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2384

_____

RICHARD BRYSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Bruce Anderson, Judge.

October 3, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b). The order appealed was rendered upon being filed with the clerk of the lower tribunal on May 1, 2018. *See* Fla. R. App. P. 9.020(i).

WOLF, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard Bryson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.